ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-42 PAM

REDACTED
For Public Disclosure

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARL MCCLURE,

Defendant,

and

ENVIRO-CLEAN OF ATLANTA,

Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Carl McClure, Social Security Number, XXX-XX-5809, with the last known address of XXXXXX, Stone Mountain, GA 30083.

The judgment was entered on August 2, 2000, for monetary impositions. The judgment was entered in the amount of $8,832.50, plus interest and costs.

As of August 3, 2005, after applying payments, if any, the balance on this judgment debt was $5,666.41 in principal,

SCANNED
AUG 12 2005
U.S. DISTRICT COURT ST. PAUL

AUG 12 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Enviro-Clean of Atlanta
1600 Roswell Street S.E.
Smyrna, GA 30080

Dated: August 3, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600