UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-42 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL MCCLURE,<br><br>Defendant,<br><br>ENVIRO-CLEAN OF ATLANTA,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Carl McClure, defendant at XXXX XXXX, Stone Mountain, GA 30083, and Enviro-Clean of Atlanta, garnishee at 1600 Roswell Street S.E., Smyrena, GA 30080

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about September 27, 2005.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about October 11, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously

served garnishments.

On or about November 16, 2005, the defendant was personally served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" weekly, in care of the U.S. Clerk of Court, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $142.72; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly, as they become due and owing.

Dated: December 14 , 2005

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court