# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 26-APR-2006 FOR: 2000Z00818/002 PAGE: 1 OF 2

DEBTOR: McClure, Carl

COURT NUMBER: 00-42 PAM PRIORITY CODE: 01

CURRENT LIABILITY BALANCE: $2,248.32

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6B | 15-NOV-2000 | OT/A | clerk of ct | | 400 237157 | | $200.00 | 15-NOV-2000 |
| 0003 | PMNT | 6B | 21-DEC-2000 | OT/A | clerk of ct | | 400 237649 | | $300.00 | 22-DEC-2000 |
| 0004 | PMNT | 6B | 19-JAN-2001 | OT/A | clerk of ct | | 700 419739 | | $300.00 | 19-JAN-2001 |
| 0007 | PMNT | 6B | 22-JUN-2001 | OT/A | clerk of ct | | 700 420400 | | $600.00 | 25-JUN-2001 |
| 0008 | PMNT | 6B | 13-NOV-2001 | OT/A | Mcclure | | 400 253484 | | $300.00 | 14-NOV-2001 |
| 0009 | PMNT | 6B | 01-FEB-2002 | OT/A | McClure | | 700421655 | | $600.00 | 01-FEB-2002 |
| 0010 | PMNT | 6B | 31-JUL-2002 | OT/A | C. MCCLURE | | 700 424653 | | $20.00 | 31-JUL-2002 |
| 0011 | PMNT | 6B | 30-SEP-2002 | OT/A | C. MCCLURE | | 700 425697 | | $40.00 | 30-SEP-2002 |
| 0012 | PMNT | 6B | 12-NOV-2002 | OT/A | C. MCCLURE | | 400 263319 | | $50.00 | 13-NOV-2002 |
| 0013 | PMNT | 6B | 28-JAN-2003 | OT/A | C. MCCLURE | | 700 426580 | | $100.00 | 29-JAN-2003 |
| 0014 | PMNT | 6B | 28-MAY-2003 | OT/A | C. MCCLURE | | 400 267369 | | $100.00 | 28-MAY-2003 |
| 0015 | PMNT | 6B | 13-JUN-2003 | OT/A | C. MCCLURE | | 400 267736 | | $150.00 | 16-JUN-2003 |
| 0016 | PMNT | 6B | 24-JUN-2003 | OT/A | C. MCCLURE | | 400 267856 | | $200.00 | 03-JUL-2003 |
| 0017 | PMNT | 6B | 10-JUL-2003 | CL/A | C. MCCLURE | | 400 268342 | | $200.00 | 11-JUL-2003 |
| 0023 | PMNT | 6B | 11-JAN-2005 | CL/A | C. MCCLURE | | 400 278885 | | $100.00 | 12-JAN-2005 |
| 0026 | PMNT | 6B | 03-JAN-2006 | GC/H | C. MCCLURE | | 290411 | | $1,935.50 | 04-JAN-2006 |
| 0027 | PMNT | 6B | 09-JAN-2006 | GC/H | C. MCCLURE | | 290509 | | $109.25 | 12-JAN-2006 |
| 0028 | PMNT | 6B | 17-JAN-2006 | CL/A | C. MCCLURE | | 290881 | | $123.89 | 18-JAN-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 26-APR-2006 FOR: 2000Z00818/002 PAGE: 2 OF 2

DEBTOR: McClure, Carl

COURT NUMBER: 00-42 PAM PRIORITY CODE: 01

CURRENT LIABILITY BALANCE: $2,248.32

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0029 | PMNT | 6B | 23-JAN-2006 | GC/H | C. MCCLURE | | 290975 | | $123.89 | 24-JAN-2006 |
| 0030 | PMNT | 6B | 30-JAN-2006 | GC/H | C. MCCLURE | | 291075 | | $123.89 | 01-FEB-2006 |
| 0031 | PMNT | 6B | 06-FEB-2006 | GC/H | C. MCCLURE | | 4-949 | | $123.89 | 27-FEB-2006 |
| 0032 | PMNT | 6B | 14-FEB-2006 | GC/H | C. MCCLURE | | 4-1180 | | $123.89 | 27-FEB-2006 |
| 0033 | PMNT | 6B | 21-FEB-2006 | GC/H | C. MCCLURE | | 4-1339 | | $123.89 | 01-MAR-2006 |
| 0034 | PMNT | 6B | 27-FEB-2006 | GC/H | C. MCCLURE | | 4-1504 | | $123.89 | 07-MAR-2006 |
| 0035 | PMNT | 6B | 06-MAR-2006 | GC/H | C. MCCLURE | | 4-1739 | | $193.14 | 13-MAR-2006 |
| 0036 | PMNT | 6B | 13-MAR-2006 | GC/H | MCCLURE | | 4-1908 | | $123.89 | 22-MAR-2006 |
| 0037 | PMNT | 6B | 20-MAR-2006 | GC/H | C. MCCLURE | | 4-2110 | | $123.89 | 27-MAR-2006 |
| 0038 | PMNT | 6B | 27-MAR-2006 | CL/A | Carl | | 4641002267 | | $123.89 | 03-APR-2006 |
| 0039 | PMNT | 6B | 03-APR-2006 | GC/H | C. MCCLURE | | 4-2459 | | $84.02 | 11-APR-2006 |

Total Payments for Debtor: $6,820.81