CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | |
| | ) | Criminal No. 00-42 PAM |
| CARL MCCLURE,<br><br>Defendant. | ) | |

I hereby certify that on 4/27/06, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Carl McClure
XXXX XXXX
Stone Mountain, GA 30083

Enviro-Clean of Atlanta
Attn: Payroll Representative
1600 Roswell Street S.E.
Smyrena, GA 30080

s/ Nancy Lair